IN The United States District Court
For The
Southern District of Indiana

**FILED**

**02/12/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Jeffery Lorenzo Currie,
        Plaintiff,

VS.                          CASE NO: 3:21-cv-00033-RLY-MPB

Evansville Police department,
SwaT Team, DeT. Nathan Hassler,
EPD: Bueltel, EPD: Thomas,
DeT. Hensley, DeT. Knight .M,
SgT. Thompson, EPD: Diedrich,
LT. Guenin, EPD: Nick Sammet, EPD: Smith,
EPD: L. Wellen, and Individually and in their official
capacities,       Defendants.

A. Parties

1. Plaintiff is a citizen of Henderson Kentucky and

is located at Henderson County Detention center,

380 Borax Dr. Henderson, Kentucky. 42420.

(If more than one Plaintiff is filing use another paper).

2.   Defendant  Evansville Police department , SwaT Team,

DeT. Nathan Hassler , EPD: Bueltel , EPD: Thomas,

DeT. Hensley , DeT. M. knight, SgT. Thompson,

EPD: Diedrich , LT. Guenin, EPD: Nick sammet, EPD: L. wellen,

Indivisually and in there official capacities.

is ( if a person or private corporation ) a citizen of

Indiana  and ( if a person ) resides at Evansville,

Indiana  and ( if the defendant harmed you while

doing the defendants Job ) worked for, Evansville

Police department.

"Employers name and address if known"

( If you need to list more defendants, use another paper)

2 of 2

B. Statement of Claim

On the space provided on the following pages, Tell:

1. who violated your Rights,
2. what each defendant did,
3. when they did it,
4. where it happened; and,
5. why they did it, if you Know.

The following agency and subjects in their official

Capacities: Evansville Police department, Evansville

Police dept. SwaT Team, nathan Hassler, Bueltel,

Thomas, Hensley, M. Knight, Thompson, Diedrich,

Guenin, Nick Sammet, L. Wellen, all defendants

acknowledged, directly participated in violating

the Plaintiffs Constitutional rights as to knowingly

knew about the violation occurring and did not

Try to stop or fix it...

3 of 3

1. officer: Diedrich operations commander of Evansville Police departments SwaT Team. On December 19, 2020 deployed 5·36mm, canisters of cs Tear gas a chemical agent into a 200 square foot structure Located at 1114 Fountain Ave. where the plaintiff was at visiting his girlfriend who was 8months pregnate at the Time. After deploying canisters officer: Diedrich had his men under his command "stand down" knowing the canisters deployed were lethal to the human body and could cause death by "suffocation". Having deployed gas canisters into residence and ordering officers to stand down officer: Diedrich knowingly violated the plaintiffs rights and displayed Police

4 of 4

Brutality, Excessive use of force, and malicious Acts twords the saffey of the plaintiffs persona "Causing cruel and unusual punishment inflicted" by leaving the plaintiff in said structure approx. 3·hours by failing to execute there search warrant. Inaddition violating the plaintiffs right of the People to be secure in their persons, against unreasonable search and seizures shall not be violated. Furthermore depriving the Plaintiff Medical attention causing a volume of physical/Health problems as To body injuries unattended at the time of the incident to where the plaintiff now is still currently sufferring. [ Depriving the plaintiff of Life without Due Process ]..

WHY would officer: Diedrich a respected member of his community inflict / display such malicious Acts on my persona for the whole community of Evansville, Indiana to witness "only God knows".

2. Detective: Nathan Hassler with the Evansville Police department directly participated in violating the Plaintiffs 4th, 8th and 14th amendment right. Det. Nathan Hassler knowingly through his training and expierence as a law enforcement officer on December 19, 2020 at 1114 fountain Ave. Evansville, Indiana neglected to stop or fix the inappropriate behaviour his fellow were displaying. Det. Hassler stood there without care or concern for the saftey

of the Plaintiff and watched the residence be consumed

by a chemical agent (es) Tear gas with the plaintiff

inside the residence causing cruel and unusual

Punishment inflicted. In the process Det. Hassler

followed thru with his fellow officers and denied the

Plaintiff proper medical attention depriving the Plaintiff

of "Due Process."

Why would Det. Hassler a respected member of his

community inflict/display such malicious Acts on

my persona for the whole community of Evansville, Indiana,

only God knows.

3. Evansville Police departments "SwaT Team", directly

participated in Violating the Plaintiffs 4th, 8th

and 14th amendment rights. The "Swat team"

knowingly through there training and expierence as

To preparations for incidents Like this (STandoff's)

is a procedure that should be executed. However, on

December 19,2020 at 1114 fountain Ave. The swaT Team

neglected Their "Badge of Authority", and maliciously

acted in a cruel and inhumane manner twords my

persona by standing down and not immediately executing

there search warrant to extract the plaintiff failing to

Comply with State laws, The SwaT Team allowed Law

enforcement officers act inappropriately by causing a

Lethal cocktail of a volume of Cs Tear gas to be deplayed

in such a small structure that could cause death by

Suffocation to the plaintiff violating his constitutional

Rights. Furthermore, The SwaT Team should've

enforced other Law enforcement officers acting "under

State authority" provide the plaintiff with medical attention

instead the defendants deprived the plaintiff of

"Due Process"... Why Did the SwaT Team act so

unethical and inflict/display such malicious Acts on my

persona only God knows.

4. Detective: M. Knight, Lead agent for Evansville police dept.

directly participated in violating Plaintiffs 4th, 8th and 14th

amendment Rights. DeT. Knight knowingly on December 19, 2020

at 1114 fountain Ave. Evansville, Indiana allowed officers to

stand down after deploying 5.36mm canisters of (cs) Tear gas

into a 200 square foot structure as to knowing thru his Training and expierence as a law enforcment officer when deploying a volume of Tear gas into such a small structure with the plaintiff in it could cause death by suffocation to the human body. Det. Knight acting "under state authority" did not try to stop or fix the situation. Instead he displayed Police brutality, Excessive use of force and malicious acts with a active search warrant to execute at 1114 fountain Ave. Residence he neglected to execute but Rather deploy 5.36mm. Canisters of Tear gas and Stand down while the Home went up in smoke with the plaintiff in it "causing Cruel and unusual punishment inflicted " further Det. Knight

deprived the plaintiff of medical attention with the result of the plaintiff suffering from loss of vision, lung problems breathing, mental pain, headaches with a volume of other physical injuries. These inhumane inflictions by DeT. knights actions are a violation of The Plaintiffs Constitutional Rights "Due Process"...

WHY would DeT. knight inflict/display such malicious Acts only God knows.

5. LT. Guenin with the Evansville Police department directly participated in violating the plaintiffs 4th, 8th and 14th amendment Rights. LT. Guenin knowingly through his Training and experience as a Badge of Authority on December 19, 2020 at 1114 Fountain Ave. Evansville,

Indiana neglected to stop or bring to light the inappropriate behaviour his fellow officers were displaying. Instead LT. Guenin participated without care or concern for the saftey of the plaintiff and watched a lethal cocktail of 5.36mm canisters of Tear gas deployed make its way thru the seems of the 200 square foot structure as the plaintiff lied unresponsive in it causing cruel and unusual punishment inflicted. In the process LT. Guenin followed thru with his fellow officers and denied the Plaintiff Proper medical attention depriving the plaintiff of Life with out "Due Process", In result of LT. Guenin negligence The Plaintiff suffers from injuries, Lung problems, eye sight issues, headaches and physical pain. "WHY" would

LT. Guenin inflict / display such police brutality, Excessive use of force and malicious Acts on my Persona. "only God knows."

6. officer: Bueltel, with the Evansville Police department directly participated in violating the plaintiffs 4th, 8th and 14th amendment Rights. officer: Bueltel knowingly through his Training and expierence as a "Badge of Authority" on December 19, 2020 at 1114 fountain Ave. Evansville, Indiana neglected to stop or bring to Light the behaviour his fellow officers displayed. Instead officer: Bueltel participated without care or concern for the saftey of the Plaintiff and watched a lethal cocktail of 5. 36mm canisters of Tear gas deployed make its way thru the seems of the 200 square foot

structure as the plaintiff was in the house "causing

Cruel and unusual punishment inflicted". In the process

officer: Bueltel followed thru with officers and denied

medical attention depriving the plaintiff of Life with

out "Due Process". In result of his negligence the

plaintiff suffers from body injuries, Lung problems, eye

sight issues, headaches, and physical and mental pain.

"WHY" would officer: Bueltel inflict/display such police brutality,

Excessive use of force as to malicious Acts "only God Knows"..

7. officer: THomas with Evansville Police department

diretly participated in violating Plaintiffs 4th, 8th and

14th amendment Right. Knowingly through his training

and expierence as a "Badge of Authority" on December 19,

2020 at 1114 Fountain Ave, Evansville, Indiana neglected to stop or bring to light the behaviour his fellow officers were displaying. Instead he participated without care or concern for the saftey of the plaintiff and watched as a lethal cocktail deployed in a 200 square foot structure make its way thru the seems of the Residence with the Plaintiff in it causing cruel and unusual punishment inflicted. In the process officer: Thomas denied the plaintiff proper medical attention depriving him of "Due Process". In result of officers: Thomas negligence the plaintiff suffers from body injuries, respratory problems, eye sight loss, headaches and physical and mental pain. "WHY" would he inflict / display such police brutality,

Excessive use of force, as to malicious Acts on my persona only God knows"..

8. Detective: Hensley, with the Evansville Police department directly participated violating Plaintiffs 4th, 8th and 14th amendment Rights. Det. Hensley knowingly through his Training and expierence as a "Badge of Authority", on December 19, 2020 at 1114 Fountain Ave. Evansville, Indiana neglected to stop or bring to light the inappropriate behaviour officers displayed. Instead he participated without care or concern for the saftey of the Plaintiff and watched as a lethal cocktail of 5.36mm canisters of (CS) Tear gas deployed engulfing the 200 square foot structure with the plaintiff in the residence

"Causing cruel and unusual punishment inflicted", instead

of assisting the plaintiff he denys medical attention

depriving plaintiff of "Due Process". In result of Det.

Hensley's negligence plaintiff suffers from body injurys,

Lung problems, eye sight issues, headaches, physical and

mental pain. "WHY" would he inflict/display such

Police brutality, excessive use of force as to malicious Acts

on my persona "only God knows"..

9. Sgt. Thompson, with the Evansville Police department

directly participated violating Plaintiffs 4th, 8th, and 14th

amendment Rights. Thompson knowingly thru Training

and Expierence as to preparations for incidents Like

this (Standoff's) is a procedure thats suppose to be

executed.                    17 of 17

However, on December 19, 2020, SgT. Thompson neglected his badge of Authority and displayed Police brutality, Excessive use of force, as to malicious Acts by Participating with fellow officers and standing down after deploying CS Tear gas a chemical agent into structure at 1114 Fountain Ave. Evansville, Indiana. SgT. Thompson should've acted immediately and executed their Search warrant to extract Plaintiff, failing to comply with state and Constitutional Laws 4th amendment. SgT. Thompson allowed Law enforcement officers act inappropriately by not complying with state Laws in breaching the residence leaving the plaintiff with no fighting chance of survival, that could've caused death to the human body by suffocation. Furthermore, Thompson

failed to provide the plaintiff with proper medical

attention instead, acting "under State Authority" SgT.

Thompson diprives the plaintiff of life without

"Due Process". As a result of his actions and negligence

plaintiff suffers from body injurys, Respitory problems,

eye sight issues, headaches, physical and mental pain.

"WHY" would he inflict/display such police brutality,

Excessive use of force, malicious Acts on my persona

only God knows..

10. officer: Smith, officer: Nick Sammet, officer: L. Wellen

with the Evansville Police department directly participated

Violating Plaintiffs 4th, 8th and 14th amendment Rights.

These officers knowingly thru there training and

expirence as a "Badge of Authority", neglected to stop
or bring to Light the behaviour displayed. Instead
officers participated without care or concern for the
Saffey of the Plaintiff and watched 5.36mm (es) Tear
gas canisters deployed engulf this residence with the
plaintiff in it causing cruel and unusual punishment
inflicted. In the process proper medical attention was
denied depriving Plaintiff without "Due Process". "WHY"
would they inflict / display such Police brutality, Excessive
use of force and malicious Acts on my persona only God
knows. The plaintiff was then taken out side where
he was then steipped of his cloths in front of at
lease 75 people. The officer then Ordered the fire

department to wash him down with a fire wholes.
On the Day of Dec. 19, 2019 the temperture was
14% outside. The plaintiff was naked in feonto of
75 people where it was 14% outside but then sprayed
with a fire wholes. This is a form of torture, and
cruel and unusual punishment displayed by officers
of the law. The plaintiff suffers from ptsD, and
humiliation. This type of behaviour displayed by
officers of the law is unwanted and should go
against all treaning and expirence of a officer
that wears a "Badge". It is inhumane to treat
any person this way no matter the color of they
skin or what they may have done

C.  JurisDiction

☒  I am suing for a violation of federal Law under 28 U.S.C. 1331.

☐  I am suing under state Law. The state citizenship of the Plaintiff's is (are) diffrent from the State Citizenship of every defendant, and the amount of money at stake in this case (not counting intrest and cost) is $ _____ .

D.  Relief Wanted

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing Something.

The foundation of our constitutional Rights is

based on Laws to protect The American people as

To acknowledge that we the people are protected by

Such Laws further bringing to light that no

goverment official(s) or local goverment agencies

and employees, cities, countys and employees of

cities, counties acting under Federal or State Law

shall not deprive any american, person, of Life, Liberty,

or property without Due Process. with that said, I'm

not an attorney nor do I practice Law Therefore in respect

to our Federal and state prosecutors There Jobs is to

deter Police misconduct and im confident in our Judicial

system that they will Act in a humane manner and

bring disciplinary actions twords all agencies and

Individuals in their own capacities. Unfortunately, The

actions of all defendants present did violate Plaintiffs

Rights and The plaintiff seeks compensation

from each defendant, agency and SwaT Team acknowledge on complaint form that displayed malicious Acts on December 19, 2020 at 1114 fountain Ave. Evansville, Indiana That caused a Volume of health problems and bodily injury to the Plaintiff to date.

1. DeT. Nathan Hassler, officer at scene for Evansville Police department Knowingly through Training and expierence did Violate Plaintiffs Constitutional Rights 4th, 8th and 14th amendment.

Plaintiff seeks compensation of $5,000,000.00 dollars.

2. officer: Bueltel, at scene for Evansville Police dept. Knowingly through training and expierence did violate Plaintiffs 4th, 8th and 14th amendment.

Plaintiff seeks compensation of $3,000,000.00 dollars.

3. officer: Thomas, at Scene for Evansville Police dept.

Knowingly through training and expierence did violate

Plaintiffs 4th, 8th and 14th Amendment Rights.

Plaintiff seeks compensation of $3,000,000.00 dollars.

4. DeT. Hensley, at scene for Evansville Police dept.

Knowingly through training and expierence did violate

Plaintiffs 4th, 8th and 14th amendment Rights.

Plaintiff seeks compensation of $5,000,000.00 dollars.

5. DeT. M.Knight, at scene for Evansville Police dept.

Knowingly through training and expierance did violate

Plaintiffs 4th, 8th and 14th amendment Right.

Plaintiff seeks compensation $3,000,000.00 dollars.

6. SgT. Thompson, at scene for Evansville Police

department knowingly through training and expierance

did violate Plaintiffs 4th, 8th, and 14th Amend. Rights.

Plaintiff seeks compensation of $3,000,000.00 dollars.

7. SwaT Team (unknown defendants), at scene for

Evansville Police department knowingly through Training

and expierance did violate Plaintiffs 4th, 8th and 14th Amend.

Plaintiff seeks compensation of $15,000,000.00 dollars

8. officer: Diedrich, at scene for Evansville Police dept.

Knowingly through training and expierance did violate Plaintiffs

4th, 8th and 14th Amend. Rights.

Plaintiff seeks compensation of $5,000,000.00 dollars.

9. officer: Smith, at scene for Evansville Police department

knowingly through training and expierance did violate Plaintiffs

4th, 8th and 14th amend. Rights.

Plaintiff seeks compensation of $5,000,000.00 dollars

10. LT. Guenin, at scene for Evansville Police dept.

knowingly through training and expierance did violate

Plaintiffs 4th, 8th and 14th amend. Rights.

Plaintiff seeks compensation of $ 5,000,000.00 dollars.

11. Officer: Nick Sammet, at scene for Evansville Police

dept. knowingly through training and expierance did violate

Plaintiff's 4th, 8th and 14th amend. Rights.

Plaintiff seeks compensation of $3,000,000.00 dollars.

12. Officer: L. Wellen, at scene for Evansville Police dept.

Knowingly through training and expierance did violate Plaintiffs

4th, 8th and 14th amend. Rights.

Plaintiff seeks compensation of $3,000,000.00 dollars.

27 of 27

WHerefore the plaintiff prays the court hears his relief and brings to Light that no goverment official or Local goverment agency(s) are above the Law nor will they deprive any american no matter what Race he is of his/her constitutional Rights and if so, they will be brought to Justice. As stated the plaintiff prays The court grants his persona American Justice.

E.   Jury Demand

☒   Jury Demand - I want a jury to hear my case

OR

☐   Court Trial - I want a Judge to hear my case.

Dated this 22 day of January 20 21.

Respectfully submitted,

Signature of Plaintiff

32856

Plaintiff's Prisoner ID Number

Henderson County Detention Center
380 Borax Dr. Henderson, KY, 42420
(mailing address of plaintiff)

(If more than one Plaintiff, use another paper).

29 of 29

Request to Proceed in District Court without

Prepaying The filing fees

[X]    I Do request that I be allowed to file this
complaint without paying the filing fee. I have
completed a request to proceed in the district
court without prepaying the fee and attached
it to the complaint.

[ ]    I Do NOT request that I be allowed to file
this complaint without prepaying the filing
fee under 28 U.S.C. 1915, and I have included
The full filing fee with this complaint.

# Verification Form

State of Indiana
County of Vanderburgh:
Jeffery L. Currie, being duly sworn, says:

I am the Claimant above named: I have read the foregoing claim against the State of Indiana and know its contents: The same is true to my knowledge, except as to the matter therein stated to be alleged on Information and belief, and as to those matters, I believe it to be true.

Sworn to before me this
day of Feb 1, 2021

_James B Faisin_
Notary Public

1 of 1     X _____ Claimant, Pro-se